JACQUELINE M. TIRINNANZI, ESQ.
Nevada Bar Number 13266
6675 S. Tenaya Way, Suite 200
Las Vegas, NV 89113
Phone: (728) 777-2785
Email: jfjtlaw@gmail.com
*Attorney for Petitioner Armando Chavez Romero*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ARMANDO CHAVEZ ROMERO,

Petitioner

v.

JOHN MATTOS, NSDC Warden; MARKWAYNE MULLIN, DHS Secretary; TODD BLANCHE, U.S. Attorney General,

Respondents

Case No. 2:26-cv-01743-CDS-BNW

**Order Approving Stipulation to Withdraw Motion for Limited Discovery [ECF No. 10] and to Extend Deadline to File Amended Petition**

[ECF No. 11]

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, Esq., counsel for Petitioner Armando Chavez Romero, and Tamer Botros, Assistant United States Attorney, counsel for the government, that Romero's Motion for Limited Discovery and Extension of Time, filed on August 17, 2026, ECF No. 10, is hereby withdrawn. The parties further stipulate that the due date to file an amended petition be extended to September 4, 2026. The government is already in the process of providing Romero with the discovery he seeks in the motion, which takes some time, and the parties agree that Romero needs time to adequately review the discovery and draft an amended petition. As such, the parties respectfully request that the Court extend Romero's deadline to file an amended petition to September 4, 2026.

Dated: August 18, 2026.

*/s/ Jacqueline M. Tirinnanzi*
JACQUELINE M. TIRINNANZI, ESQ.
*Counsel for Petitioner Armando Chavez Romero*

*/s/ Tamer Botros*
TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
TAMER BOTROS
Assistant United States Attorney
*Counsel for the Government*

**Order**

Although the stipulation [ECF No. 11] violates Local Rule IA 6-2, it is approved. The parties are reminded that a stipulation must include an order in the form of a signature block.

Based on the parties' stipulation, the petitioner's motion to compel limited discovery [ECF No. 10] is withdrawn; and the deadline for the petitioner to file an amended petition is extended to September 4, 2026.

Dated: August 19, 2026

______________________________
United States District Judge