TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Armando Chavez Romero,<br><br>Petitioner,<br><br>v.<br><br>John Mattos, *et al.*<br><br>Respondents. | Case No. 2:26-cv-01743-CDS-BNW<br><br>**Order Approving Stipulation to Extend Time for Federal Respondents to File Their Response to Petitioner's Amended Petitioner (ECF No 13.)**<br><br>**THIRD REQUEST**<br>[ECF No. 19] |

Federal Respondents and Petitioner Armando Chavez Romero, by and through their undersigned counsel, hereby submit this Stipulation for a final limited extension of time, up to and including **October 2, 2026**, for Federal Respondents to file their Response to Petitioner's Amended Petition (ECF No. 13). This extension is requested because undersigned AUSA needs additional time to review the allegations in the Amended Petition and finalize a response and is waiting for pertinent information from ICE and therefore there exists good cause for this final limited extension. Without such additional time, a proper response to the Amended Petition cannot be filed.

Federal Respondents' Counsel's office conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the third and final request for an extension. The extension request is filed in good faith and not for purposes of undue delay and there is good cause to granting the extension.

Accordingly, the parties respectfully request that the Court approve for good cause this stipulation and extend the deadline for Federal Respondents to file their Response to Petitioner's Amended Petition (ECF No. 13) to **October 2, 2026**.

Respectfully submitted this 30th day of September 2026.

Tirinnanzi & Fang Law Group, PLLC

*/s/ Jacqueline Tirinnanzi*
JACQUELINE TIRINNANZI
JIM FANG
jfjtlaw@gmail.com
*Attorneys for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

*Attorneys for Federal Respondents*

**IT IS SO ORDERED:**

______________________________
**United States District Judge**

**Dated:** October 2, 2026